UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X                 05 CV 4984 (NG) (VVP)
JERRY COLORIO

                         Petitioner,

    -against-                                                                                                                ORIGINAL FILED
                                                                                                                                      IN CLERK'S OFFICE
MR. S. HORNBECK,                                                                                                         U.S. DISTRICT COURT E.D.N.Y.

                                                                                                                                      ★ MAR 26 2009 ★
                         Respondent.
-----------------------------------------------------------------X                 BROOKLYN OFFICE

**GERSHON, United States District Judge:**

On March 2, 2009, Magistrate Judge Viktor V. Pohorelsky issued a Report and Recommendation recommending that the court deny petitioner Jerry Colorio's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Having received no objections to Judge Pohorelsky's well-reasoned Report and Recommendation, the court hereby adopts Judge Pohorelsky's Report and Recommendation and denies Mr. Colorio's petition for a writ of habeas corpus. Since petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is denied pursuant to 28 U.S.C. § 2253(c).

                                                                                   SO ORDERED.

                                                                                    s/NG
                                                                                    **NINA GERSHON**
                                                                                    **United States District Judge**

Dated: Brooklyn, New York
          March 25, 2009